**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **SAUL SOSA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION NUMBER: 7:17-cv-00051** |
| | § | **JURY REQUESTED** |
| **HIDALGO COUNTY INDIGENT** | § | |
| **DEFENSE AND HIDALGO COUNTY,** | § | |
| *Defendants* | § | |

**FIRST AMENDED COMPLAINT FOR DAMAGES AND REINSTATEMENT**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

**NOW COMES**, the Plaintiff, **SAUL SOSA**, and files this his FIRST AMENDED

COMPLAINT FOR DAMAGES AND REINSTATEMENT and in support shows:

**1.**

**BACKGROUND**

1.1     Plaintiff filed a lawsuit on November 22, 2016, in the Hidalgo County Court at Law Number

One (1) in Hidalgo County, Texas against the HIDALGO COUNTY INDIGENT DEFENSE

AND HIDALGO COUNTY, TEXAS.  The Defendants were served with process on January 20,

2017.  On February 17, 2017, the Defendants filed a Motion to Transfer to the United States

District Court.  On February 23, 2017, the Defendants filed a 12(b) (12) Motion.  The Plaintiff

files this First Amended Complaint as allowed by the federal rules of civil procedure.

1.2     This is an action for money damages brought pursuant to 42 U.S.C. 1983 and 1988, and the Fifth

and Fourteenth Amendment to the United States Constitution. Jurisdiction is based upon 28

U.S.C. 1331 and 1343.

1.3     It is alleged that the Defendants acting under color of law and in doing so violated Plaintiff's

rights under the Fifth and Fourteenth Amendments to the United States Constitution.

1.4     Plaintiffs herein comply with the pleading requirements of Federal Rules of Civil Procedure Rule 8(a)(2) and the requirements of *Ashcroft v. Iqbal,* 556 U.S 129 W. CT. 193, 1949 (2009) "A claim has facial plausibility when the plaintiff pleas factual content that allows the court to draw reasonable inference that the defendant is liable for the misconduct alleged."

## 2.

## PARTIES

2.1     The Plaintiff, SAUL SOSA, was at all times relevant to this cause of action a resident of the City of Edinburg, Hidalgo County, State of Texas.

2.2     Hidalgo County Indigent Defense is a department of Hidalgo County, Texas, a unit of local government located in Texas, organized under the laws of the State of Texas and is a person under 42 U.S.C. Sec. 1983. *Monell v. Department of Social Services,* 436 U.S 658 (1978).

2.3     Defendant County of Hidalgo Texas, is a unit of local government located in Texas, organized under the laws of the State of Texas and is a person under 42 U.S.C. Sec. 1983. *Monell v. Department of Social Services,* 436 U.S 658 (1978). This Defendant can be served with this complaint by sending a copy to its County Judge, Ramon Garcia, at 100 North Closner, Edinburg, Texas, 78539.

## 3.

## FACTUAL ALLEGATIONS

3.1     Approximately sixteen (16) years ago, Plaintiff was hired by Hidalgo County as a clerk with the Hidalgo County District Clerk's Office. Plaintiff subsequently became employed with the Hidalgo County Probation Department and most recently with the Hidalgo County Indigent Program

3.2     On August 18, 2016, the Plaintiff was terminated from employment by the Hidalgo County Indigent Defense. Plaintiff never received notice of reason for his termination.

**3.3**    Plaintiff requested a hearing.

**3.4**    A hearing was scheduled for October 20, 2016.

**3.5**    At the scheduled hearing the Plaintiff nor his attorney was allowed to present evidence or give oral testimony regarding his termination because of the panel's decision not to allow the Plaintiff to submit relevant information including his opposition to the Defendants evidence because of a decision making authority that Plaintiff had filed to comply with the rules in providing opposing counsel with evidence to be presented.  The panel recommended to uphold the termination.

**3.6**    The decision to uphold the termination Plaintiff's employment was upheld by the Civil Service Commission.

### 4.

### <u>CAUSES OF ACTION</u>

**DUE PROCESS OF LAW UNDER THE 5th AND 14th AMENDMENTS OF**

**THE UNITED STATES CONSTITUTION**

**4.1**    The Plaintiff was not given his constitutional rights of due process under the 5th and 14th Amendments of the United States Constitution in that the Plaintiff was not afforded a fair and impartial hearing, in that he did not receive sufficient notice on the reasons for his termination, was not allowed to present witnesses, Plaintiff was not allowed to speak, his attorney was not allowed to speak, the right to present evidence and was not allowed to present relevant evidence. This was in the Plaintiff's procedural due process rights under the 5th and 14th Amendments of the United States Constitution.

**4.2**    Further, Plaintiff was deprived of property without due process of law in violation of the 5th and 14th Amendments of the United States Constitution.

### 5.

## WRONGFUL TERMINATION

5.1    Plaintiff was terminated of his public employment although he had vested property rights as a public employee of Hidalgo County, Texas for a period of over sixteen (16) years. Plaintiff was unaware of the reasons for his termination until the date of the hearing when unsigned reprimands were presented to him.  Plaintiff had a right to know of the charges and reasons for termination.

5.2    Plaintiff was not afforded the procedural safeguards provided by Hidalgo County in that he was not allowed to present witnesses, evidence or make arguments regarding his employment with Hidalgo County.  Further, the "hearing" provided was a ruse for the hearing required by Civil Service Rules promulgated by Hidalgo County.  Plaintiff is entitled to a full and complete hearing on his termination with Hidalgo County.

**6.**

## ATTORNEY'S FEES

6.1    The plaintiff has retained the Law Office of Fabian Guerrero to represent the Plaintiff in this action and has agreed to pay the firm reasonable and necessary attorney's fees.  An award of reasonable and necessary attorney's fees to the plaintiff would be equitable and just and therefore authorized by Section 37.0009 of the Civil Practice and Remedies Code.

**WHEREFORE,** Plaintiff asks that the Defendants be cited according to law to appear and answer this lawsuit, and on final trial, the Plaintiff have the following:

(a)    An order finding that the Plaintiff's constitutional rights under the 5th and 14th Amendments of the U.S. Constitution have been violated;

(b)    An order finding that Plaintiff was wrongfully terminated;

(c)    Reinstatement;

**(d)**     Money damages for loss of wages;

**(e)**     Costs of suit;

**(f)**     Attorney's fees allowed by statute;

**(g)**     Such other relief to which plaintiff may be justly entitled.


Respectfully submitted,

___ */s/Fabian Guerrero_____ _____

Fabian Guerrero
Federal I.D. No. 19988
*LAW OFFICE OF FABIAN GUERRERO*
511 West University Drive
Edinburg, Texas  78539
Telephone: (956) 380-1421
Facsimile: (956) 318-2920
fabianlaw@sbcglobal.net
**ATTORNEY FOR PLAINTIFF**