United States District Court
Southern District of Texas
**ENTERED**
April 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAUL SOSA, § § Plaintiff, § § VS. § HIDALGO COUNTY, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 7:17-CV-51 |

# FINAL JUDGMENT

For the reasons stated in this Court's opinion of April 10, 2017,[1] Plaintiff's claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of April, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.